GEORGE B. SWIKEHARD et al., as Commissioners, etc., Respondents, *v.* FRED P. MICHELS et al., Appellants.

(Argued December 18, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 2, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Thomas Raines* for appellants.

*William F. Cogswell* for respondents.

Agree to affirm on opinion of RUMSEY, J., below.
All concur.
Judgment affirmed.